IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER L. RIVERS,<br><br>Defendant. | Case No. 08-20006-JAR |

## ORDER

On June 5, 2009, Defendant Christopher Rivers was sentenced to a 120-month term of imprisonment followed by an eight-year term of supervised release for a drug trafficking offense. That term of supervised release began on May 10, 2016. On January 27, 2021, this Court revoked Defendant's term of supervised release and imposed a ten-month sentence followed by a one-year term of supervision.[1] This term of supervised release began on November 3, 2021. This matter is before the Court on Defendant's Motion for Modification of Supervised Release (Doc. 103).

Defendant seeks early termination of his one-year term of supervised release under 18 U.S.C. § 3583(e)(1), which authorizes the Court to terminate a defendant's term of supervised release "**at any time after the expiration of one year of supervision**" if the Court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."[2] In deciding whether to terminate a term of supervised release, § 3583(e)

---

[1] Doc. 102.

[2] 18 U.S.C. § 3583(e)(1) (emphasis added).

directs the Court to consider certain factors set forth in 18 U.S.C. § 3553(a).[3]  Whether to grant a motion to terminate a term of supervised release rests within the discretion of the Court.[4] Because Defendant was sentenced to a one-year term of supervised release, however, he is ineligible for relief under § 3583(e)(1), which requires a defendant to be on supervised release for at least one year before being considered for early termination.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant Christopher River's Motion to Terminate Defendant's Term of Supervised Release (Doc. 103) is **denied.**

**IT IS SO ORDERED.**

Dated: March 2, 2022

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

---

[3] *See United States v. Warren*, 650 F. App'x 614, 615 (10th Cir. 2016) (citing 18 U.S.C. § 3583(e)(1)).
[4] *Rhodes v. Judisak*, 676 F.3d 931, 933 (10th Cir. 2011).